## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUB ZERO FRANCHISING, INC., a Utah corporation,<br><br>       Plaintiff/Counterclaim<br>       Defendant<br><br>  v.<br><br>FRANK NYE CONSULTING, LLC, d/b/a THE ARCTIC SCOOP, a Kentucky limited liability company,<br>FRANK NYE, an individual, and<br>ALISON NYE, an individual,<br><br>       Defendants/Counterclaimants | **(PROPOSED) ORDER DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Case No. 2:15-cv-00821-BSJ<br><br>Honorable District Judge Bruce S. Jenkins |

This matter having come before the Court on Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED pursuant to Fed. R. Civ. P. 12(b)(1), and that the Fourth and Fifth Claims asserted by Plaintiff Sub Zero Franchising, Inc. ("Sub Zero") against Defendants (*see* DN 17), for infringement of U.S. Patent Nos. 8,679,566 and 7,455,868, are hereby DISMISSED, WITH PREJUDICE.

_____
U.S. District Court Judge Bruce S. Jenkins