# EXHIBIT 1

# MIDDLETON REUTLINGER
A Professional Service Corporation
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202-3410
502.584.1135

Federal I.D. #61-0999942

December 21, 2017

Billing 11/30/2017

Invoice #ZU118- 16001- 252378   RJT

FRANK NYE CONSULTING LLC D/B/A ARCTIC SCOOP
C/O FRANK NYE
440 HIGHFIELD ROAD
LOUISVILLE, KY  40207

FRANK NYE CONSULTING LLC D/B/A ARCTIC SCOOP ADV. SUB ZERO FRANCHISING

| | |
|---|---|
| AR Balance from last bill | $168,874.12 |
| Net Balance Forward | $168,874.12 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2017 | ASH | REVIEW INVOICES FOR PRIVILEGE; REPORT TO R. THEUERKAUF REGARDING SAME | 1.20 hrs | $320 /hr | $384.00 |
| 11/22/2017 | TMC | CONFERENCE WITH R. THEUERKAUF IN CONNECTION WITH DOCUMENTATION; REVIEW AND REDACT PRIVILEGED INFORMATION FROM LEGAL BILLS; EMAILS WITH R. THEUERKAUF | 1.20 hrs | $175 /hr | $210.00 |
| 11/28/2017 | RHE | REVIEW AND REVISE DRAFT AFFIDAVIT REGARDING ATTORNEY FEES; REVIEW AIPLA INFORMATION; CONFERENCE WITH R. THEUERKAUF REGARDING SAME | 1.00 hrs | $325 /hr | $325.00 |
| 11/28/2017 | HKE | REVIEW DRAFTS OF APPLICATION AND DECLARATION | 0.60 hrs | $175 /hr | $105.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/2017 | RJT | REVIEW/REVISE APPLICATION FOR ATTORNEY FEES; SEVERAL CONFERENCES WITH D. REDDING REGARDING SAME; REVIEW/FINALIZE DECLARATION IN SUPPORT; EMAILS WITH LOCAL COUNSEL AND LARRY LAYCOCK REGARDING SAME; REVIEW EXHIBITS; CONFERENCE WITH H. EMMONS REGARDING SAME | 5.00 hrs | $350/hr | $1,750.00 |
| 11/29/2017 | DWR | CONFERENCES WITH R. THEUERKAUF TO DISCUSS INVOICES TO BE SUBMITTED WITH FEE APPLICATION AND NUMEROUS ISSUES RELATED TO FINALIZING FEE SUBMISSION; FINAL REVIEW AND REVISIONS TO PROPOSED ORDERS ON MOTION FOR SANCTIONS; DRAFT EMAIL TO COURT PROVIDING SAME AND DETAILING BASIS FOR PROPOSED ORDERS; REVIEW AND REVISE DECLARATIONS OF L. LAYCOCK, R. THEUERKAUF AND D. BURTON; NUMEROUS CORRESPONDENCE WITH D. BURTON REGARDING CONTINUED REVISIONS TO DECLARATION, EXHIBITS THERETO, AND FEE APPLICATION; REVIEW FEE RECORDS AND OTHER EXHIBITS TO BE FILED WITH FEE APPLICATION AND DECLARATIONS; REVIEW AND REVISE FEE APPLICATION AND PREPARE FOR FILING; FINAL REVIEW AND REVISIONS TO DECLARATIONS | 9.80 hrs | $250/hr | $2,450.00 |
| 11/29/2017 | HKE | GATHER EXHIBITS FOR DECLARATIONS | 0.30 hrs | $175/hr | $52.50 |
| 11/29/2017 | HKE | EDIT TABLE OF CONTENTS AND TABLE OF AUTHORITY FOR APPLICATION FOR ATTORNEY FEES; PREPARE APPLICATION AND DECLARATION WITH EXHIBITS; PHONE CALL TO UTAH CLERK FOR CONFIRMATION OF PLEADING HEADER FOR FILING; FILE APPLICATION AND THREE DECLARATION WITH EXHIBITS | 4.00 hrs | $175/hr | $700.00 |
| 11/29/2017 | AIG | VERIFY ACCURACY OF CITATIONS IN APPLICATION FOR FEES AND COSTS | 0.80 hrs | $200/hr | $160.00 |
| 11/30/2017 | DWR | CORRESPONDENCE WITH CLIENTS REGARDING FILED FEE SUBMISSION AND ASSOCIATED FILINGS; CORRESPONDENCE WITH COURT SECRETARY REGARDING COPIES OF DECLARATIONS | 0.30 hrs | $250/hr | $75.00 |
| | | Total fees for this matter | | | $6,211.50 |

DISBURSEMENTS

| 11/29/2017 | I-PRO - MONTHLY E-DISCOVERY DATA STORAGE - NOVEMBER, 2017 | | | 32.78 |
|---|---|---|---|---|

Total disbursements for this matter     $32.78

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Gray, Austin I | 0.80 hrs | 200.00/hr | $160.00 |
| Herbert, Augustus S. | 1.20 hrs | 320.00/hr | $384.00 |
| Redding, Daniel W | 10.10 hrs | 250.00/hr | $2,525.00 |
| Emmons, Helen K | 4.90 hrs | 175.00/hr | $857.50 |
| Eichenberger, Robert H. | 1.00 hrs | 325.00/hr | $325.00 |
| Theuerkauf, Robert J. | 5.00 hrs | 350.00/hr | $1,750.00 |
| Clayton, Tiffany M. | 1.20 hrs | 175.00/hr | $210.00 |
| **TOTAL FEES** | **24.20 hr** | | **$6,211.50** |
| TOTAL DISBURSEMENTS | | | $32.78 |
| TOTAL CHARGES FOR THIS BILL | | | $6,244.28 |
| NET BALANCE FORWARD | | | $168,874.12 |
| BALANCE DUE | | | $175,118.40 |

# MIDDLETON REUTLINGER

A Professional Service Corporation
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202-3410
502.584.1135

Federal I.D. #61-0999942

January 26, 2018

Billing 12/31/2017

Invoice #ZU118-16001-253686 RJT

FRANK NYE CONSULTING LLC D/B/A ARCTIC SCOOP
C/O FRANK NYE
440 HIGHFIELD ROAD
LOUISVILLE, KY 40207

FRANK NYE CONSULTING LLC D/B/A ARCTIC SCOOP ADV. SUB ZERO FRANCHISING

| | |
|---|---|
| AR Balance from last bill | $175,118.40 |
| Payments applied since last bill 01/05/2018 | $10,000.00 |
| Net Balance Forward | $165,118.40 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/7/2017 | RJT | CONFERENCE WITH D. REDDING REGARDING KIRTON MCCONKIE'S OBJECTIONS; REVIEW SAME | 0.70 | $350/hr | $245.00 |
| 12/7/2017 | DWR | REVIEW NOTICES OF APPEARANCE, OBJECTION TO PROPOSED ORDER, AND NEW PROPOSED ORDER SUBMITTED BY SUB ZERO; CONFERENCE WITH R. THEUERKAUF TO DISCUSS RESPONSE TO SAME AND STRATEGY FOR UPCOMING HEARING | 0.70 | $250/hr | $175.00 |
| 12/7/2017 | HKE | REVIEW ENTRY OF APPEARANCE AND UPDATE PLEADING SHELL AND EMAIL TEMPLATE (NO CHARGE) | 0.10 | $0/hr | N/C |
| 12/8/2017 | DWR | CALL WITH D. BURTON TO DISCUSS RESPONSE TO KIRTON MCCONKIE'S LATEST FILINGS; CONFERENCE WITH R. THEUERKAUF REGARDING SAME | 0.80 | $250/hr | $200.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/2017 | RJT | BEGIN PREP FOR FEE HEARING; WORK ON OUTLINE FOR SAME | 4.10 | $350/hr | $1,435.00 |
| 12/11/2017 | DWR | CORRESPONDENCE WITH L. LAYCOCK REGARDING UPCOMING HEARING AND TESTIMONY; CONFERENCE WITH R. THEUERKAUF REGARDING WRITTEN OBJECTION TO ORDER SUBMITTED BY KIRTON MCCONKIE | 0.50 | $250/hr | $125.00 |
| 12/12/2017 | RJT | PREP FOR DIRECT EXAMINATION; REVIEW AND PROVIDE SUGGESTIONS TO OBJECTIONS TO PROPOSED ORDER | 2.70 | $350/hr | $945.00 |
| 12/12/2017 | DWR | REVIEW AND ANALYZE RESPONSE TO FEE APPLICATION SUBMITTED BY KIRTON MCCONKIE AND EXHIBITS THERETO; CONFERENCE WITH R. THEUERKAUF REGARDING ISSUES RAISED BY KIRTON MCCONKIE AND RESPONSE TO SAME; DRAFT OBJECTION TO PROPOSED ORDER SUBMITTED BY KIRTON MCCONKIE; REVIEW MOTION FOR SANCTIONS, SCHEDULING ORDER, AND TRANSCRIPT OF NOVEMBER 15 HEARING TO INCORPORATE RELEVANT PORTIONS INTO OBJECTION TO PROPOSED ORDER | 2.90 | $250/hr | $725.00 |
| 12/13/2017 | RJT | PREPARE FOR FEE HEARING; REVIEW AND PROVIDE EDITS TO OBJECTION TO PLAINTIFF'S IMPROPER PROPOSED ORDER; CONFERENCE WITH D. REDDING REGARDING SAME; EMAILS WITH LOCAL COUNSEL REGARDING RESPONSE TO OPPOSING COUNSEL'S LETTER FOR UNREDACTED INVOICES | 3.80 | $350/hr | $1,330.00 |
| 12/13/2017 | DWR | CONTINUE TO REVIEW TRANSCRIPT OF HEARING AND PRIOR FILINGS TO INCORPORATE CITATIONS INTO OBJECTION TO ORDER PROPOSED BY KIRTON MCCONKIE; REVIEW REVISIONS FROM D. BURTON AND R. THEUERKAUF AND INCORPORATE INTO DRAFT OBJECTION; FINAL REVIEW AND REVISIONS TO DRAFT OBJECTION AND OVERSEE FILING OF SAME; REVIEW REQUEST FOR DOCUMENTS FROM KIRTON MCCONKIE | 2.10 | $250/hr | $525.00 |
| 12/14/2017 | RJT | PREP FOR FEE HEARING | 2.60 | $350/hr | $910.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2017 | RJT | CONFERENCE WITH CLIENT; EMAIL TO LOCAL COUNSEL REGARDING SETTLEMENT OFFER | 0.50 | $350/hr | $175.00 |
| 12/14/2017 | DWR | REVIEW CASE LAW FROM R. THEUERKAUF WITH POTENTIAL IMPACT ON UPCOMING HEARING AND DISCUSS SAME; CALL WITH D. BURTON REGARDING PREPARATIONS FOR UPCOMING HEARING; CALL WITH CLIENT REGARDING POTENTIAL SETTLEMENT DISCUSSIONS; CONFERENCE WITH R. THEUERKAUF REGARDING HEARING PREPARATIONS | 1.50 | $250/hr | $375.00 |
| 12/15/2017 | RJT | PREP FOR FEE HEARING; EMAIL TO OPPOSING COUNSEL REGARDING ENGAGEMENT LETTER AND INVOICES; CONFERENCE WITH H. EMMONS REGARDING SAME; SEVERAL CONFERENCES WITH CLIENT REGARDING FEE HEARING AND SETTLEMENT; EMAILS WITH LOCAL COUNSEL AND D. REDDING REGARDING SAME | 3.40 | $350/hr | $1,190.00 |
| 12/15/2017 | DWR | CONTINUE TO REVIEW RESPONSE TO FEE SUBMISSION IN PREPARATION FOR HEARING; CALL WITH L. LAYCOCK TO DISCUSS PREPARATIONS FOR HEARING; CORRESPONDENCE WITH R. THEUERKAUF AND D. BURTON REGARDING SETTLEMENT OFFERS FROM KIRTON MCCONKIE AND RESPONSES TO SAME | 0.90 | $250/hr | $225.00 |
| 12/15/2017 | HKE | PREPARE BINDERS AND EXHIBITS FOR EVIDENTIARY HEARING FOR R. THEUERKAUF AND D. REDDING | 2.00 | $175/hr | $350.00 |
| 12/17/2017 | RJT | PREP FOR FEE HEARING (TRAVEL TO UTAH); SEVERAL CONFERENCES WITH D. REDDING REGARDING SAME | 10.30 | $350/hr | $3,605.00 |
| 12/17/2017 | DWR | PREPARE FOR HEARING ON REASONABLENESS OF ATTORNEYS' FEES; REVIEW OUTLINE FOR TESTIMONY FROM R. THEUERKAUF; TRAVEL TO SALT LAKE CITY | 10.30 | $250/hr | $2,575.00 |
| 12/18/2017 | RJT | PREP FOR HEARING; MEETING WITH D. REDDING AND D. BURTON REGARDING SAME | 8.50 | $350/hr | $2,975.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/2017 | DWR | MEET WITH R. THEUERKAUF AND D. BURTON TO PREPARE FOR UPCOMING HEARING AND PREPARE WITNESS OUTLINES; DRAFT WITNESS OUTLINE OF L. LAYCOCK; MEET WITH L. LAYCOCK, R. THEUEKRAUF AND D. BURTON TO PREPARE FOR TESTIMONY AT UPCOMING HEARING; REVIEW RESPONSE TO FEE SUBMISSION AND PREPARE TO REBUT ARGUMENTS RAISED THEREIN; PREPARE FOR HEARING | 8.90 hrs | $250/hr | $2,225.00 |
| 12/19/2017 | RJT | PREP FOR HEARING; CALL WITH COURT REGARDING POSTPONEMENT; CONFERENCE WITH CLIENT REGARDING SAME | 3.50 hrs | $350/hr | $1,225.00 |
| 12/19/2017 | DWR | CONTINUE TO PREPARE FOR HEARING REGARDING ATTORNEYS' FEES; OUTLINE RESPONSE TO VARIOUS ARGUMENTS RAISED BY KIRTON MCCONKIE IN RESPONSE TO FEE SUBMISSION | 2.80 hrs | $250/hr | $700.00 |
| 12/22/2017 | RJT | TRAVEL TO LOUISVILLE | 6.00 hrs | $350/hr | $2,100.00 |
| 12/22/2017 | DWR | RETURN TO LOUISVILLE FROM SALT LAKE CITY | 6.00 hrs | $250/hr | $1,500.00 |

Total fees for this matter $25,835.00

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 12/07/2017 | DANIEL W. REDDING - 12/06/17 AIRFARE EXPENSE TO ATTEND EVIDENTIARY HEARING ON, 12/19/17 | 946.06 |
| 12/31/2017 | I-PRO - MONTHLY E-DISCOVERY DATA STORAGE - DECEMBER, 2017 | 32.78 |

Total disbursements for this matter $978.84

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Redding, Daniel W | 37.40 hrs | 250.00/hr | $9,350.00 |
| Emmons, Helen K | 0.10 hrs | 0.00/hr | $0.00 |
| Emmons, Helen K | 2.00 hrs | 175.00/hr | $350.00 |
| Theuerkauf, Robert J. | 46.10 hrs | 350.00/hr | $16,135.00 |

TOTAL FEES  85.60 hr  $25,835.00

|  |  |
|---|---:|
| TOTAL DISBURSEMENTS | $978.84 |
| TOTAL CHARGES FOR THIS BILL | $26,813.84 |
| NET BALANCE FORWARD | $165,118.40 |
| BALANCE DUE | $191,932.24 |

# MIDDLETON REUTLINGER

A Professional Service Corporation
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202-3410
502.584.1135

Federal I.D. #61-0999942

February 14, 2018

Invoice #ZU118-16001-254278  RJT

FRANK NYE CONSULTING LLC D/B/A ARCTIC SCOOP
C/O FRANK NYE
440 HIGHFIELD ROAD
LOUISVILLE, KY  40207

FRANK NYE CONSULTING LLC D/B/A ARCTIC SCOOP ADV. SUB
ZERO FRANCHISING

| | |
|---|---:|
| AR Balance from last bill | $191,932.24 |
| Payments applied since last bill    01/30/2018 | $5,000.00 |
| Net Balance Forward | $186,932.24 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/4/2018 | HKE | DOCKET HEARING - NO CHARGE | 0.10 hrs | $0 /hr | N/C |
| 1/4/2018 | RJT | REVIEW ORDER FROM COURT; EMAIL TO LOCAL COUNSEL REGARDING SAME | 0.30 hrs | $350 /hr | $105.00 |
| 1/8/2018 | HKE | DOCKET CONFERENCE CALL PER R. THEUERKAUF - NO CHARGE | 0.10 hrs | $0 /hr | N/C |
| 1/10/2018 | DWR | CORRESPONDENCE WITH D. BURTON REGARDING UPCOMING HEARING AND SCHEDULING; CORRESPONDENCE WITH L. LAYCOCK REGARDING SAME | 0.30 hrs | $250 /hr | $75.00 |
| 1/11/2018 | DWR | CORRESPONDENCE WITH D. BURTON REGARDING RESCHEDULING OF HEARING; ATTENTION TO LOGISTICS FOR UPCOMING HEARING - NO CHARGE | 0.30 hrs | $0 /hr | N/C |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/12/2018 | DWR | CORRESPONDENCE WITH D. BURTON REGARDING PLANS FOR UPCOMING HEARING; CORRESPONDENCE WITH L. LAYCOCK REGARDING SAME | 0.40 | $250/hr | $100.00 |
| 1/16/2018 | DWR | ATTENTION TO CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING SETTLEMENT OFFER | 0.20 | $250/hr | $50.00 |
| 1/17/2018 | DWR | CONFERENCE WITH R. THEUERKAUF REGARDING POTENTIAL RESPONSES TO SETTLEMENT OFFER FROM KIRTON MCCONKIE; CORRESPONDENCE WITH CLIENT REGARDING SAME | 0.40 | $250/hr | $100.00 |
| 1/17/2018 | RJT | REVIEW EMAILS AND CONFERENCE WITH D. REDDING REGARDING OFFER TO SETTLE FROM KIRTON | 0.30 | $350/hr | $105.00 |
| 1/18/2018 | RJT | CORRESPONDENCE TO CLIENT REGARDING POTENTIAL SETTLEMENT OFFER | 0.50 | $350/hr | $175.00 |
| 1/19/2018 | DWR | CALL WITH CLIENTS TO DISCUSS POTENTIAL RESPONSES TO SETTLEMENT OFFER AND UPCOMING HEARING; CALL WITH R. THEUERKAUF AND D. BURTON TO DISCUSS SAME AND POTENTIAL SETTLEMENT; DRAFT RESPONSE TO OPPOSING COUNSEL REGARDING SETTLEMENT | 0.90 | $250/hr | $225.00 |
| 1/19/2018 | RJT | CONFERENCE WITH CLIENT AND D. REDDING REGARDING SETTLEMENT OFFER AND POTENTIAL COUNTER; CALL WITH LOCAL COUNSEL REGARDING SAME | 0.50 | $350/hr | $175.00 |
| 1/26/2018 | RJT | CONFERENCE WITH D. REDDING REGARDING KIRTON SETTLEMENT OFFER; EMAILS WITH LOCAL COUNSEL REGARDING SAME; CORRESPONDENCE TO KIRTON REGARDING SAME | 1.00 | $350/hr | $350.00 |
| 1/30/2018 | DWR | CALL WITH OPPOSING COUNSEL TO DISCUSS UPCOMING HEARING AND POTENTIAL SETTLEMENT OF CASE; CONFERENCE WITH R. THEUERKAUF REGARDING SETTLEMENT STRATEGY | 0.70 | $250/hr | $175.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2018 | DWR | CALL WITH D. BURTON REGARDING UPCOMING HEARING AND SETTLEMENT DISCUSSIONS; CONFERENCE WITH R. THEUERKAUF REGARDING KIRTON MCCONKIE'S SETTLEMENT STRATEGY; REVIEW RESEARCH FROM A. GRAY REGARDING SAME | 0.70 hrs | $250/hr | $175.00 |
| 1/31/2018 | RJT | CONFERENCE WITH LOCAL COUNSEL REGARDING UPCOMING HEARING; CONFERENCE WITH D. REDDING REGARDING NEXT STEPS RELATED TO KIRTON'S SETTLEMENT OFFER; BEGIN PREPPING FOR HEARING | 1.60 hrs | $350/hr | $560.00 |
| 2/1/2018 | DWR | CONFERENCES WITH R. THEUERKAUF REGARDING SETTLEMENT DISCUSSIONS; CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UPCOMING HEARING AND POTENTIAL SETTLEMENT | 0.40 hrs | $250/hr | $100.00 |
| 2/1/2018 | RJT | REVIEW EMAILS WITH OPPOSING COUNSEL REGARDING SETTLEMENT; CONFERENCE CALL WITH OPPOSING COUNSEL AND D. REDDING REGARDING SAME | 0.40 hrs | $350/hr | $140.00 |
| 2/2/2018 | DWR | CALL WITH OPPOSING COUNSEL REGARDING UPCOMING HEARING AND POTENTIAL SETTLEMENT; CALL WITH CLIENT TO DISCUSS SAME; REVIEW NUMEROUS EXHIBITS FOR UPCOMING HEARING FROM OPPOSING COUNSEL; PREPARE FOR UPCOMING HEARING | 2.90 hrs | $250/hr | $725.00 |
| 2/2/2018 | RJT | CONFERENCE WITH OPPOSING COUNSEL REGARDING SETTLEMENT; EMAIL TO OPPOSING COUNSEL REGARDING SAME; PREP FOR HEARING ON ATTORNEY FEE APPLICATION; REVIEW PLEADINGS RELATED TO SAME; CONFERENCE WITH D. REDDING REGARDING SAME; CONFERENCE WITH CLIENT REGARDING SAME | 3.30 hrs | $350/hr | $1,155.00 |
| 2/4/2018 | DWR | CONTINUE TO PREPARE FOR UPCOMING HEARING; CONTINUE TO REVIEW EXHIBITS FROM OPPOSING COUNSEL IN PREPARATION FOR HEARING; MEET WITH R. THEUERKAUF TO DISCUSS POTENTIAL TESTIMONY AT UPCOMING HEARING; REVIEW OPPOSITION TO ATTORNEYS' FEE APPLICATION FILED BY KIRTON MCCONKIE IN PREPARATION FOR HEARING | 2.20 hrs | $250/hr | $550.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/5/2018 | DWR | TRAVEL FROM LOUISVILLE, KENTUCKY TO SALT LAKE CITY FOR UPCOMING EVIDENTIARY HEARING; REVIEW PRIOR BRIEFING ON MOTION FOR SANCTIONS AND APPLICATION FOR ATTORNEYS' FEES, IN PREPARATION FOR TESTIMONY; REVIEW ALL INVOICES SUBMITTED WITH FEE APPLICATION, IN PREPARATION FOR TESTIMONY; MEET WITH R. THEUERKAUF AND D. BURTON TO PREPARE FOR HEARING AND TESTIMONY; MEET WITH D. BURTON, R. THEUEKRAUF AND L. LAYCOCK TO DISCUSS SAME; OTHERWISE PREPARE FOR HEARING AND POTENTIAL TESTIMONY | 6.50 hrs | $250 /hr | $1,625.00 |
| 2/5/2018 | RJT | PREP FOR HEARING ON ATTORNEY FEE APPLICATION; MEETING WITH D. REDDING, LOCAL COUNSEL, AND LARRY LAYCOCK REGARDING SAME (TRAVEL TO SALT LAKE) | 6.50 hrs | $350 /hr | $2,275.00 |
| 2/6/2018 | DWR | CONTINUE TO PREPARE FOR EVIDENTIARY HEARING; CONTINUE TO REVIEW RELEVANT EXHIBITS, INVOICES AND OTHER DOCUMENTS IN PREPARATION FOR HEARING AND TESTIMONY; MEET WITH D. BURTON AND R. THEUERKAUF TO CONTINUE TO PREPARE FOR HEARING; ATTEND EVIDENTIARY HEARING; MEET WITH D. BURTON AND R. THEUERKAUF TO DISCUSS STRATEGY FOR CONTINUATION OF HEARING AND CLOSING ARGUMENT | 8.50 hrs | $250 /hr | $2,125.00 |
| 2/6/2018 | RJT | PREP FOR AND PARTICIPATE IN HEARING ON ATTORNEY FEE APPLICATION; SEVERAL CONFERENCES/MEETINGS WITH LOCAL COUNSEL AND D. REDDING REGARDING SAME | 8.50 hrs | $350 /hr | $2,975.00 |
| 2/7/2018 | DWR | INITIAL NOTES OF INFORMATION TO POTENTIALLY ADDRESS AT CLOSING; MEET WITH R. THEUERKAUF TO DISCUSS AND ANALYZE STRATEGY FOR CLOSING ARGUMENT AND POTENTIAL SLIDE SHOW | 1.30 hrs | $250 /hr | $325.00 |
| 2/7/2018 | RJT | MEET WITH AND PROVIDE COMMENTS TO D. REDDING ON CLOSING ARGUMENT/ PRESENTATION | 1.00 hrs | $350 /hr | $350.00 |

FRANK NYE CONSULTING

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/8/2018 | DWR | RESEARCH AND ANALYZE RELEVANT LEGAL STANDARDS AND ISSUES FOR POTENTIAL INCLUSION IN CLOSING ARGUMENT; REVIEW AND ANALYZE CASE LAW CITED BY KIRTON MCCONKIE IN OPPOSITION TO FEE APPLICATION, IN PREPARATION FOR CLOSING; REVIEW PRIOR HEARING TRANSCRIPT, BRIEFING AND OTHER DOCUMENTS IN PREPARATION FOR CLOSING ARGUMENT; DRAFT, REVIEW AND REVISE SLIDE SHOW FOR CLOSING ARGUMENT; MEET WITH D. BURTON TO DISCUSS SAME AND STRATEGY FOR HEARING; CALLS WITH R. THEUERKAUF TO DISCUSS SAME | 3.60 | $250/hr | $900.00 |
| 2/8/2018 | RJT | CONFERENCE WITH D. REDDING REGARDING UPCOMING ARGUMENT AT ATTORNEY FEE APPLICATION HEARING; REVIEW CASE LAW FOR ADDITIONAL SUPPORT; TRAVEL BACK TO LOUISVILLE | 6.70 | $350/hr | $2,345.00 |
| 2/9/2018 | DWR | CONTINUE TO PREPARE FOR CLOSING ARGUMENT AND CONCLUSION OF EVIDENTIARY HEARING; MEET WITH D. BURTON TO PREPARE FOR CLOSING ARGUMENT; ATTEND CONCLUSION OF EVIDENTIARY HEARING; TRAVEL FROM SALT LAKE CITY TO LOUISVILLE, KENTUCKY | 12.30 | $250/hr | $3,075.00 |
| 2/9/2018 | RJT | EMAILS WITH D. REDDING REGARDING ARGUMENTS TO BE MADE AT HEARING; CONFERENCE WITH D. REDDING AFTER HEARING REGARDING PRESENTATIONS MADE | 0.50 | $350/hr | $175.00 |

Total fees for this matter                $21,210.00

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 12/17/2017 | ROBERT THEUERKAUF - TRAVEL EXPENSES FOR TRIP TO SALT LAKE CITY, UT FOR EVIDENTIARY HEARING SCHEDULED FOR 12/19/2017: AIRFARE, LODGING/MARRIOTT, MEALS, TAXI/UBER/PARKING FEES | 1,624.00 |
| 12/17/2017 | DANIEL W. REDDING - TRAVEL EXPENSES FOR TRIP TO SALT LAKE CITY, UT FOR EVIDENTIARY HEARING SCHEDULED FOR 12/19/2017: LODGING/MARRIOTT, MEALS, TAXI/UBER/PARKING FEES | 793.64 |
| 01/08/2018 | MASCHOFF BRENNAN - FEES AND EXPENSES FOR TESTIFYING EXPERT LARRY LAYCOCK OF MASHOFF BRENNAN FOR 11/20/2017 THROUGH 11/29/2017 | 5,462.50 |

| Date | Description | Amount |
|---|---|---|
| 01/31/2018 | I-PRO - MONTHLY E-DISCOVERY DATA STORAGE - JANUARY, 2018 | 32.78 |
| 02/05/2018 | ROBERT THEUERKAUF - TRAVEL EXPENSES FOR TRIP TO SALT LAKE CITY, UT FOR EVIDENTIARY HEARING SCHEDULED FOR 02/06/2018: AIRFARE, LODGING/MARRIOTT, MEALS, TAXI/UBER/PARKING FEES | 1,381.45 |
| 02/05/2018 | DANIEL W. REDDING - TRAVEL EXPENSES FOR TRIP TO SALT LAKE CITY, UT FOR EVIDENTIARY HEARING SCHEDULED FOR 02/06/2018: AIRFARE/CHANGE OF FLIGHT, LODGING/MARRIOTT - EXTRA NIGHT FOR CONTINUANCE OF HEARING, MEALS, TAXI/UBER/PARKING FEES | 2,078.82 |
| 02/12/2018 | MASCHOFF BRENNAN - FEES AND EXPENSES FOR TESTIFYING EXPERT LARRY LAYCOCK OF MASHOFF BRENNAN FOR 12/11/2017 THROUGH 02/06/2018 | 10,551.25 |

Total disbursements for this matter                                    $21,924.44

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Redding, Daniel W | 0.30 hrs | 0.00/hr | $0.00 |
| Redding, Daniel W | 41.30 hrs | 250.00/hr | $10,325.00 |
| Emmons, Helen K | 0.20 hrs | 0.00/hr | $0.00 |
| Theuerkauf, Robert J. | 31.10 hrs | 350.00/hr | $10,885.00 |

| | | |
|---|---|---|
| TOTAL FEES | 72.90 hr | $21,210.00 |
| TOTAL DISBURSEMENTS | | $21,924.44 |
| TOTAL CHARGES FOR THIS BILL | | $43,134.44 |
| NET BALANCE FORWARD | | $186,932.24 |
| BALANCE DUE | | $230,066.68 |