# EXHIBIT 2



1389 Center Drive, Suite 300

Park City, Utah 84098

Phone 435.252.1360 • Facsimile 435.252.1361

January 8, 2018
Invoice #:    263321

Daniel W. Redding
Middleton Reutlinger
401 South Forth Street, Suite 2600
Louisville, KY 40202

For Professional Services Rendered and Expenses Advanced for the period ending November 30, 2017. Prompt payment of this invoice is appreciated.

**Our Reference:**   T3362 . 00001

Matter Name:    Sub Zero Franchising v. Nye, et al.

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/17 | LRL | Conduct factual and legal investigation. | 2.50 | 1,437.50 |
| 11/22/17 | LRL | Prepare, plan and participate in conference call re expert opinion; attend to review of incoming documents and pleadings. | 1.90 | 1,092.50 |
| 11/24/17 | LRL | Review of billing statements; update and refine declaration. | 1.40 | 805.00 |
| 11/25/17 | LRL | Review of billing statements; update and refine declaration. | .70 | 402.50 |
| 11/28/17 | LRL | Communicate in firm re witness outlines and presentation; review and refine declaration; review hearing transcript; participate in communications re the AIPLA survey. | 1.80 | 1,035.00 |
| 11/29/17 | LRL | Review and submit final declaration. | 1.20 | 690.00 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 5,462.50** |
| **TOTAL THIS INVOICE (USD)** | | **$ 5,462.50** |

Invoice #:  263321  January 8, 2018
Our Reference: T3362 . 00001

Please mail payment to:          Maschoff Brennan
                                 ATTN:  Accounts Receivable
                                 1389 Center Drive, Suite 300
                                 Park City, UT 84098

**Wire Transfer Instructions:**          **To Pay by Credit Card:**

KeyBank National Association             Go to
36 State Street, Suite 2600              http://mabr.com/contact/pay-bill/
Salt Lake City, Utah  84111              Or call 1.435.252.1360

Account Number:        449681034004

ABA Routing Number: 124000737

SWIFT code:            KEYBUS33

Beneficiary Name:      Maschoff Brennan Laycock Gilmore Israelsen & Wright PLLC

**If you have any questions or would like to pay by telephone, please call (435) 252-1360.**

*Thank you! Your business is greatly appreciated.*



1389 Center Drive, Suite 300

Park City, Utah 84098

Phone 435.252.1360 • Facsimile 435.252.1361

February 12, 2018
Invoice #:    271195

Daniel W. Redding
Middleton Reutlinger
401 South Forth Street, Suite 2600
Louisville, KY 40202

For Professional Services Rendered and Expenses Advanced for the period ending February 12, 2018. Prompt payment of this invoice is appreciated.

**Our Reference:**    T3362 . 00001

Matter Name:    Sub Zero Franchising v. Nye, et al.

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/17 | LRL | Review of documents, pleadings and related motions and memoranda; Participate in communications with: Daniel Redding, Megan Gibson and Robert J. Theuerkauf re hearing preparations; Coordinate hearing preparation with Mr. Burton. | 1.40 | 805.00 |
| 12/12/17 | LRL | Review of case related correspondence, billing invoices and other related documents, pleadings, motions and memoranda. | .80 | 460.00 |
| 12/15/17 | LRL | Prepare for and conduct telephone conference with Daniel Redding, Megan Gibson and Robert Theuerkauf and D. Burton; Continue review of case history and preparations for presenting expert testimony at hearing. | 1.75 | 1,006.25 |
| 12/17/17 | LRL | Review of incoming pleadings and memoranda of points and authorities; Prepare for oral, direct and cross-examination testimony at hearing. | 1.20 | 690.00 |
| 12/18/17 | LRL | Preparation of witness testimoney outline, hearing transcript and attend hearing preparation meeting with counsel. | 2.20 | 1,265.00 |
| 1/15/18 | LRL | Review incoming correspondence and conduct follow up preparations for hearing on attorneys fee motion. | .50 | 287.50 |
| 1/23/18 | LRL | Review Declaration in preparation for upcoming court hearing. | 1.00 | 575.00 |
| 2/02/18 | LRL | Review case record and history; Review Witness declarations and billing summaries in preparation for expert testimony presentation; Review of governing legal standards; Telephone Conference with Counsel for Defendants. | 1.40 | 805.00 |

Invoice #:   271195  February 12, 2018
Our Reference: T3362 . 00001

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/05/18 | LRL | Further review of Witness declarations and billing summaries in preparation for expert testimony; Review Opposition Memorandum and incoming demonstrative exhibits; Review of governing legal standards; Participation in office conference with Attorneys for Defendants and present testimony in answer to examination; Preparation for Hearing on Application for award of attorney's fees. | 2.30 | 1,322.50 |
| 2/06/18 | LRL | Preparation and attendance at Evidentiary Hearing; Listen to examination and testimony by attorneys for defendants and cross-examination by attorneys for plaintiff; Present expert testimony on direct and cross-examination. | 5.80 | 3,335.00 |

**TOTAL PROFESSIONAL SERVICES**          $ 10,551.25

**TOTAL THIS INVOICE (USD)**          $ 10,559.25

Please mail payment to:

Maschoff Brennan
ATTN:  Accounts Receivable
1389 Center Drive, Suite 300
Park City, UT 84098

**Wire Transfer Instructions:**          **To Pay by Credit Card:**

KeyBank National Association          Go to
36 State Street, Suite 2600          http://mabr.com/contact/pay-bill/
Salt Lake City, Utah  84111          Or call 1.435.252.1360

Account Number:          449681034004

ABA Routing Number: 124000737

SWIFT code:          KEYBUS33

Beneficiary Name:          Maschoff Brennan Laycock Gilmore Israelsen & Wright PLLC

**If you have any questions or would like to pay by telephone, please call (435) 252-1360.**

*Thank you! Your business is greatly appreciated.*