*EXHIBIT 2*



**TRASKBRITT**
HIGH ALTITUDE IP

P.O. Box 2550, Salt Lake City, UT 84110
801-532-1922 (phone) 801-531-9168 (fax)
TIN: 87-0298367

Frank Nye Consulting, LLC January 22, 2018
Attn: Frank Nye **Invoice No. 124316**
440 Highfield Road
Louisville, KY 40207

Invoice Summary

For Services Rendered through December 31, 2017

CLIENT: 3752 - Frank Nye Consulting, LLC d/b/a Arctic Scoop

| **Matter** | **Matter Description** | **Fees** | **Costs** | **Total** |
|---|---|---|---|---|
| 002 | SUB ZERO FRANCHISING, INC. V. FRANK NYE CONSULTING, ET AL. | 8,617.00 | 212.56 | 8,829.56 |
| | | 8,617.00 | 212.56 | 8,829.56 |

 **Total Current Charges** **$8,829.56**

 **Previous Balance** **$6,631.55**

 **Amount Due (Includes Previous Balance, if any)** **$15,461.11**

Accounts Receivable Aging

| 0-29 | 30-59 | 60-89 | 90-119 | 120+ | **Total** |
|---|---|---|---|---|---|
| 8,829.56 | 6,631.55 | 0.00 | 0.00 | 0.00 | **15,461.11** |

Please contact Diane Bean at dpbean@traskbritt.com if you have any questions regarding this invoice

*TraskBritt Payment Terms are Net 30 Days*

|  | **U.S. Clients EFT Transfer** | **International Clients Wire Transfer** |  |
|---|---|---|---|
| ** Please reference invoice numbers on all payments | Wells Fargo
381 East Broadway
Salt Lake City, UT 84111
ABA No. 124002971
Account No. 7039249409 | Wells Fargo
420 Montgomery
San Francisco, CA 94104
ABA No. 121000248
Account No. 7039249409
International Swift Code: WFBIUS6S | **All Remittances must be in US Dollars |

**Clients paying by check:**
Remittance Address: P.O. Box 2550, Salt Lake City, UT 84110

**Additional Notice for U.S. Clients:**

In conformance with Banking Regulation E: When you provide a check as payment, you authorize us either to use your information from your check to make a one-time Electronic Fund Transfer from your account or to process the payment as a check transaction. When we use information from your check to make an Electronic Fund Transfer, the original check will not be returned and funds may be debited from your account the same day the payment is received. If you wish to opt out of ACH conversion, simply notify us in writing.

Client Ref:     3752 - 002                                              January 22, 2018
**Invoice No. 124316**                                                  Page 3

Re:     002  SUB ZERO FRANCHISING, INC. V. FRANK NYE CONSULTING, ET AL.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/29/17 | LM | Continue working on Declaration of H. Dickson Burton and finalizing along with preparation of exhibits; meet with attorney to review and discuss; sent to all attorneys for final approval; perform related filing | 3.50 | 560.00 |
| 11/30/17 | LM | Receive, review and download filings; telephone call for the judges clerk regarding providing courtesy copies; prepare binders for the court and attorneys and deliver to the court; perform related filing | 2.80 | 448.00 |
| 12/06/17 | HDB | Attention to notice of appearance of new counsel for Sub Zero and to objection to proposed order filed by Sub Zero; consider options | 0.50 | 237.50 |
| 12/07/17 | LM | Receive and review Notices of Appearance, Objections to Proposed Opinion and Order with attachments and exhibits filed electronically filed with the Court and profile; review case filings and download new court docket; review file for history and sanction pleadings to compare with new filings; meet with attorney to discuss new filings and strategy with respect to objections to proposed order filed by opposing counsel; docket deadlines for response and determine further action required; download new filings and update binder for attorneys fees; attention to related filing | 1.20 | 192.00 |
| 12/07/17 | HDB | Further attention to objection filed by Sub Zero; consider transcript from hearing; consider options for responding to objection and Sub Zero's proposed order; prepare email correspondence to Mr. Redding and Mr. Theuerkauf with recommendations for response and objection; further email correspondence with Mr. Theuerkauf and Mr. Redding regarding same | 0.60 | 285.00 |
| 12/08/17 | HDB | Further attention to objection from Sub Zero; participate in telephone conference with Mr. Theuerkauf and Mr. Redding regarding response to objection, preparation for hearing and other strategies | 0.50 | 237.50 |
| 12/11/17 | HDB | Attention to email correspondence with Mr. Redding and Mr. Theuerkauf regarding hearing preparation; attention to court filings by Sub Zero regarding attorneys' fees | 0.30 | 142.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/17 | LM | Receive instructions from attorney; receive, review and profile email communications between attorneys; receive revised draft of Nye's Objection to Plaintiff's Improperly Filed Proposed Order and review, edit and make suggested changes and send to attorneys for review and approval of changes; meet with attorney to discuss; perform related filing | 0.50 | 80.00 |
| 12/12/17 | HDB | Attention to draft objection to KM proposed order; consider options and strategies; email correspondence regarding same | 0.70 | 332.50 |
| 12/12/17 | HDB | Attention to correspondence from Mr. Armstrong, new counsel for Sub Zero, regarding upcoming hearing and documents, including representation agreements and unredacted invoices; consider options; exchange email correspondence with Mr. Theuerkauf regarding same; further attention to proposed objection | 0.50 | 237.50 |
| 12/13/17 | LM | Receive instructions from attorney; assist attorney in preparation for hearing; update materials in binders with new filings on Motion for Attorneys Fees relating to sanctions against plaintiff; perform related filing | 1.20 | 192.00 |
| 12/13/17 | HDB | Attention to further email correspondence with Mr. Theuerkauf regarding request for documents from Kirton McConkie and potential privilege waiver | 0.40 | 190.00 |
| 12/14/17 | HDB | Attention to cases status and to preparation for hearing on attorneys' fees; telephone conference with Mr. Theuerkauf and Mr. Redding regarding same and regarding planning, preparation for upcoming hearing, possible settlement discussions; attention to correspondence from Mr. Theuerkauf to Mr. Armstrong regarding documents and privilege waiver; telephone conference with Mr. Armstrong, Sub Zero counsel, regarding possible settlement; further email correspondence to Mr. Theuerkauf and Mr. Redding regarding same | 1.20 | 570.00 |
| 12/15/17 | HDB | Attention to case status and preparations for hearing; email correspondence with Mr. Redding and Mr. Theuerkauf regarding same; telephone conference with Mr. Armstrong regarding settlement proposal; further email correspondence with Mr. Redding and Mr. Theuerkauf regarding same; conference with paralegal Mr. Mondragon regarding documents and preparations for hearing; further telephone conference with Mr. Armstrong regarding settlement | 0.80 | 380.00 |
| 12/18/17 | LM | Meet with attorney to discuss case and prepare for hearing; assist attorneys with preparing exhibits for hearing; perform related electronic file maintenance | 2.50 | 400.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/18/17 | HDB | Preparations for hearing on attorneys' fees; email correspondence with Mr. Armstrong regarding representation agreement; attorney conferences with Mr. Theuerkauf and Mr. Redding; conference with witness Mr. Laycock; revise outlines for examination; consider issues for argument; prepare outline for argument; attention to exhibits and documents for hearing; confer with paralegal Mr. Mondragon regarding same; review exhibits prepared for hearing | 6.30 | 2,992.50 |
| 12/19/17 | HDB | Further preparation for court hearing on attorneys' fees; review outlines and exhibits; attorney conference with Mr. Theuerkauf and Mr. Redding regarding preparation for hearing; review testimony; receive call from Court regarding Judge Jenkins' illness and vacating hearing; further confer with Mr. Theuerkauf and Mr. Redding regarding implications and issues (1 hour no charge) | 2.40 | 1,140.00 |

**Timekeeper Subtotals**

| Timekeeper | | Rate | Hours | Total |
|---|---|---:|---:|---:|
| HDB | H. Dickson Burton | 475.00 | 14.20 | 6,745.00 |
| LM | Lloyd Mondragon | 160.00 | 11.70 | 1,872.00 |
| **Total Professional Services** | | | **25.90** | **$8,617.00** |

**Costs**

| Date | Description | Amount |
|---|---|---:|
| 12/18/17 | Meeting (preparations for hearing on attorneys' fees) | 28.96 |
|  | B&W Reproductions @0.05 thru 12/31/17 | 90.60 |
|  | Color Reproductions @0.20 thru 12/31/17 | 93.00 |
| **Total Costs** | | **$212.56** |

| | Total This Matter | **$8,829.56** |
|---|---|---:|

Invoice History for this Matter

|  | Year to Date | Case to Date |
|---|---:|---:|
| Services Billed to Date | 8,617.00 | 29,483.00 |
| Costs Billed to Date | 212.56 | 943.52 |
| Total Billed to Date | 8,829.56 | 30,426.52 |

Client Ref:    3752 - 002                                                                January 22, 2018
**Invoice No. 124316**                                                                             Page 6

Payment History for this Matter

|                              | YTD  | Case to Date |
|------------------------------|------|--------------|
| Services Payments to Date    | 0.00 | 14,283.50    |
| Costs Payments to Date       | 0.00 | 681.91       |
| Total Payments to Date       | 0.00 | 14,965.91    |



P.O. Box 2550, Salt Lake City, UT  84110
801-532-1922 (phone) 801-531-9168 (fax)
TIN: 87-0298367

Frank Nye Consulting, LLC
Attn: Frank Nye
440 Highfield Road
Louisville, KY 40207

February 13, 2018
**Invoice No. 124722**

Invoice Summary

For Services Rendered through January 31, 2018

CLIENT:   3752 - Frank Nye Consulting, LLC d/b/a Arctic Scoop

| **Matter** | **Matter Description** | **Fees** | **Costs** | **Total** |
|---|---|---:|---:|---:|
| 002 | SUB ZERO FRANCHISING, INC. V. FRANK NYE CONSULTING, ET AL. | 1,870.50 | 0.00 | 1,870.50 |
|  |  | **1,870.50** | **0.00** | **1,870.50** |

|  |  |
|---:|---:|
| **Total Current Charges** | **$1,870.50** |
| **Previous Balance** | **$10,461.11** |
| **Amount Due (Includes Previous Balance, if any)** | **$12,331.61** |

Accounts Receivable Aging

| 0-29 | 30-59 | 60-89 | 90-119 | 120+ | Total |
|---|---|---|---|---|---|
| 10,700.06 | 0.00 | 1,631.55 | 0.00 | 0.00 | **12,331.61** |

Please contact Diane Bean at dpbean@traskbritt.com if you have any questions regarding this invoice

*TraskBritt Payment Terms are Net 30 Days*

|  | **U.S. Clients EFT Transfer** | **International Clients Wire Transfer** |  |
|---|---|---|---|
| ** Please reference invoice numbers on all payments | Wells Fargo<br>381 East Broadway<br>Salt Lake City, UT  84111<br>ABA No. 124002971<br>Account No. 7039249409 | Wells Fargo<br>420 Montgomery<br>San Francisco, CA  94104<br>ABA No. 121000248<br>Account No. 7039249409<br>International Swift Code: WFBIUS6S | **All Remittances must be in US Dollars |

**Clients paying by check:**
Remittance Address:  P.O. Box 2550, Salt Lake City, UT  84110

**Additional Notice for U.S. Clients:**

In conformance with Banking Regulation E: When you provide a check as payment, you authorize us either to use your information from your check to make a one-time Electronic Fund Transfer from your account or to process the payment as a check transaction. When we use information from your check to make an Electronic Fund Transfer, the original check will not be returned and funds may be debited from your account the same day the payment is received. If you wish to opt out of ACH conversion, simply notify us in writing.

Re:     002  SUB ZERO FRANCHISING, INC. V. FRANK NYE CONSULTING, ET AL.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/18 | LM | Review and profile docket entries from the U.S. District Court, regarding Notice of Vacating Pretrial Conference and Notice of Evidentiary Hearing on Defendant's Motion for Attorney Fees, Costs and Expenses; remove old deadlines and docket new deadline for evidentiary hearing with reminders, send to attorneys for their calendars; perform related electronic filing (.2 hr no charge) | 0.50 | 80.00 |
| 01/04/18 | HDB | Attention to notice of hearing on attorneys' fees; email correspondence with Mr. Theuerkauf regarding same | 0.20 | 95.00 |
| 01/09/18 | HDB | Attention to court docket; telephone conference with Mr. Theuerkauf and Mr. Redding regarding scheduling of upcoming hearing, court's order on motion; confer with paralegal Mr. Mondragon regarding contacting court | 0.60 | 285.00 |
| 01/10/18 | LM | Telephone calls to and from the clerk of the court regarding our request to re-schedule the evidentiary hearing of February 5th, 2018 at 10:00 a.m. on Application for Attorneys Fees and to discuss pending motion on proposed Orders relating to sanctions; send email to attorneys notifying of discussion and possible alternative dates; docket new date of re-scheduled hearing and send to attorneys for appointment on calendars; perform related electronic filing | 0.50 | 80.00 |
| 01/10/18 | HDB | Attention to report from Mr. Mondragon regarding discussions with Judge Jenkins' clerk regarding hearing date and pending proposed orders; attention to email correspondence with Mr. Redding and Mr. Theuerkauf regarding same | 0.30 | 142.50 |
| 01/11/18 | HDB | Attention to email correspondence with Mr. Redding regarding scheduling hearing; voice message to Mr. Armstrong regarding same; telephone conference with Mr. Armstrong and further attention to case status and scheduling | 0.40 | 190.00 |
| 01/11/18 | LM | Meet with attorney to discuss status of re-scheduling the hearing of February 5th; telephone call to the Judge's clerk and the court scheduling clerk regarding same and pending motion; send email to all attorneys confirming new date of February 6, 2018; docket new deadline and download new Notice from the Court re-scheduling the hearing | 0.30 | 48.00 |
| 01/12/18 | HDB | Attention to email correspondence with Mr. Redding regarding plans for hearing and preparation | 0.20 | 95.00 |

Client Ref:     3752 - 002                                              February 13, 2018
**Invoice No. 124722**                                                         Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01/16/18 | HDB | Attention to email correspondence from Mr. Armstrong transmitting settlement offer; consider same; email correspondence to Mr. Theuerkauf and Mr. Redding regarding same | 0.20 | 95.00 |
| 01/19/18 | HDB | Attention to email correspondence with Mr. Redding regarding case status, settlement options; telephone conference with Mr. Redding regarding same; attention to proposed email correspondence in response to settlement offer | 0.30 | 142.50 |
| 01/26/18 | HDB | Attention to email correspondence with Mr. Theuerkauf and Mr. Redding and attention to proposed correspondence to Mr. Armstrong regarding representation and conflict issues | 0.30 | 142.50 |
| 01/31/18 | HDB | Attention to upcoming hearing on Rule 11 attorneys' fees; attention to email correspondence with Mr. Redding regarding same; prepare for hearing | 1.00 | 475.00 |

**Timekeeper Subtotals**

| Timekeeper | | Rate | Hours | Total |
|---|---|---:|---:|---:|
| HDB | H. Dickson Burton | 475.00 | 3.50 | 1,662.50 |
| LM | Lloyd Mondragon | 160.00 | 1.30 | 208.00 |
| **Total Professional Services** | | | **4.80** | **$1,870.50** |

**Total This Matter**                                                    **$1,870.50**

Invoice History for this Matter

|  | Year to Date | Case to Date |
|---|---:|---:|
| Services Billed to Date | 10,487.50 | 31,353.50 |
| Costs Billed to Date | 212.56 | 943.52 |
| Total Billed to Date | 10,700.06 | 32,297.02 |

Payment History for this Matter

|  | YTD | Case to Date |
|---|---:|---:|
| Services Payments to Date | 4,950.95 | 19,234.45 |
| Costs Payments to Date | 49.05 | 730.96 |
| Total Payments to Date | 5,000.00 | 19,965.91 |