Michael F. Krieger (#5984)
Adam D. Stevens (#10986)
KIRTON McCONKIE
50 E. South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
mkrieger@kmclaw.com
astevens@kmclaw.com

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUB ZERO FRANCHISING, INC., a Utah corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>FRANK NYE CONSULTING, LLC, d/b/a THE ARCTIC SCOOP, a Kentucky limited liability company, FRANK NYE, an individual, and ALISON NYE, an individual,<br><br>Defendants/Counterclaimants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:15-cv-00821-BSJ<br><br>Honorable Judge Bruce S. Jenkins |

This matter comes before the Court on the parties' *Stipulated Motion to Dismiss With Prejudice*. Having reviewed the motion and being otherwise fully advised on the premises, the Court hereby GRANTS the motion and ORDERS, ADJUDGES, AND DECREES that this action is dismissed with prejudice.

2:15-cv-821-BSJ

DATED this 21st day of May, 2018.

BY THE COURT

*[signature]*
Bruce S. Jenkins, Judge
United States District Court